JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX PONCE, individually and on behalf of all others similarly situated, | CASE NO: 5:18–cv–1444 JGB (SHKx) |
| | Assigned to : Hon. Jesus G. Bernal |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| NORDSTROM, INC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1
ORDER DISMISSING ACTION WITHOUT PREJUDICE

## ORDER

Having considered Plaintiff's Notice of Dismissal Without Prejudice Pursuant to Rule 41(a), and for good cause shown, IT IS HEREBY ORDERED THAT:

- This action is dismissed without prejudice.

DATED: July 26, 2018

_____
Hon. Jesus G. Bernal
District Court Judge